■ JENNIFER CANGRO, Appellant, v GINA MARIE REITANO, Respondent. [11 NYS3d 855]—Order and judgment (one paper), Supreme Court, New York County (Louis B. York, J.), entered August 5, 2014, dismissing the complaint, granting defendant a protective order, and awarding a sanction against plaintiff, unanimously affirmed, without costs.

In this action, plaintiff raises claims identical to those she raised in a prior action that was dismissed as res judicata (*Cangro v Reitano*, 92 AD3d 483 [1st Dept 2012], *lv denied* 20 NY3d 965 [2012]).

The award of sanctions against plaintiff and a protective order in favor of defendant are fully supported by the record (*see Levy v Carol Mgt. Corp.*, 260 AD2d 27, 34 [1st Dept 1999]). Concur—Gonzalez, P.J., Friedman, Renwick, Moskowitz and Clark, JJ.